IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 MAR 30  PM 8:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **BENNIE DORTCH, JR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action Number |
| **GOVERNOR DON SIEGELMAN, JUDGE** ) | 02-C-2433-S |
| **PHILIP REICH, DISTRICT ATTORNEY** ) | |
| **JIMMY C. OSBORN, and ATTORNEY JOE** ) | |
| **B. POWELL,** ) | |
| ) | |
| Defendants. ) | |

ENTERED
MAR 31 2003

## MEMORANDUM OPINION

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation, together with Plaintiff's objections thereto. After such consideration, the Court is of the opinion that the Report is due to be approved and the recommendation adopted.

Accordingly, by separate order, this case will be dismissed.

Done this 30th day of March, 2003.

_____
Chief United States District Judge
U.W. Clemon

